

**ORDERED in the Southern District of Florida on March 13, 2018.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 18-10158-AJC |
| | Chapter 7 |
| **LISSETTE M. PEREZ,** | |
| Debtor. | |
| _____/ | |

### ORDER ON BSI FINANCIAL SERVICES' MOTION FOR RELIEF
### FROM THE AUTOMATIC STAY TO ENFORCE CONSENT FINAL JUDGMENT

**THIS MATTER** came before the Court on March 13, 2018 at 11:00am, upon BSI Financial Services, as Servicing Agent for HMC Assets, LLC, solely in its Capacity as Separate Trustee of Community Development Fund I Trust (D.E. #23)(the "Motion"). The Court, being otherwise duly advised in the premises, it is, hereby,

**ORDERED,** as follows:

1. The Motion is **GRANTED**, as set forth herein.

2. The Automatic Stay as is lifted to allow BSI Financial Services, as Servicing Agent for HMC Assets, LLC, solely in its Capacity as Separate Trustee of Community Development Fund I Trust ("Secured Creditor"), as to allow Secured Creditor to enforce its Consent Final Judgment of Foreclosure and allow the state court to enter all necessary orders,

*Case No.: 18-10158-AJC*

judgments, and decrees associated therewith, on real property commonly described as *15540 S.W. 70th Terrace, Miami, FL 33193* and with a legal description described as:

**LOT 5, BLOCK 18, OF WESTWIND LAKES SECTION THREE, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 122, PAGE 89, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNT, FLORIDA.**

3. This relief is *in rem* only in order to complete state court foreclosure proceedings through certificate of title and possession of the Property; however, BSI Financial Services, as Servicing Agent for HMC Assets, LLC, solely in its Capacity as Separate Trustee of Community Development Fund I Trust shall not seek any *in personam* relief against the debtor without further order of the Court.

4. The Court waives the time requirements under Rule 4001(a)(3) and deems the relief from stay effective immediately.

5. The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

Submitted by:

**Chase A. Berger, Esq**.
Florida Bar No. 083794
CBerger@ghidottiBerger.com
**GHIDOTTI | BERGER, LLP**
3050 Biscayne Boulevard - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

**Copies furnished to:**
Chase A. Berger, Esq.
[Mr. Berger is directed to serve a conformed copy of this order upon all interested parties and shall file a Certificate of Service within 3 days from the date of this Order.]